[No. 10103–3–II.   Division Two.   September 1, 1987.]

KENNETH L. THOMPSON, *Appellant,* v. CHAMPION INTERNATIONAL CORPORATION, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 82–2–06035–1, J. Kelley Arnold, J., entered May 20, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.